FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

# United States Bankruptcy Court
## Central District of California

|  |  |
|---|---|
| MARTIN COYLE HERBST | ) Chapter 13 ) ) Case No.: 8:09-bk-10926-TA ) ) **NOTICE OF UNCLAIMED DIVIDEND** ) (Bankruptcy Rule 3011) ) ) ) ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300792** in the sum of **$0.78** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

    MARTIN COYLE HERBST
    5831 RICH HILL WAY
    YORBA LINDA, CA 92886

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0910926 | MARTIN COYLE HERBST<br>ACCT:    Claim: 00000 | XXX-XX-9797 | 0.78 | 0.00 | 0.78 |
| | | TOTALS | 0.78 | 0.00 | 0.78 |

MARTIN COYLE HERBST

BALANCE:              [0.00  13/00000]
SSN: XXX-XX-9797      SSN:
ACCT:                 CASE: 0910926
PRINCIPAL:    0.78    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0300792

Jul 23, 2010

VOID 90 DAYS FROM DATE

*********$0.78

**PAY**  Zero And 78 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0300792⑆  ⑈061100790⑈000000575186⑈